1  MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
2  RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
3  Mountain View, CA 94043-1375
Tel.: (650) 694-4700  Fax: (650) 694-4818
4  Email: ccmoran@moranlaw.net

5  Attorney for Debtor

6

7

8              UNITED STATES BANKRUPTCY COURT
        FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5
9

10

11  In Re: RAYMOND SIR,                )        Chapter 7
                                       )
12                                     )        Bankruptcy No.  07-52029 RLE
                    Debtor.            )
13  _____  )
                                       )
14  AVI MUKHERJEE and KUMAR S.         )        Adversary No. 07-05147 RLE
    SRIPADAM,                          )
15                  Plaintiffs,        )
    vs.                                )
16                                     )
    RAYMOND SIR,                       )
17                                     )
                    Defendant.         )
18  _____  )        HON. ROGER L. EFREMSKY

19                            **ANSWER**

20  Raymond Sir answers the complaint for himself alone as follows:

21  1.     Sir admits the allegations of paragraphs 1, 2, 3, 4, and 7(d).

22  2.     Sir is without sufficient information to admit the allegations of the following

23         paragraphs and therefore denies them on information and belief: 6, and 7(j),

24  3.     Sir denies the allegations of paragraphs 5, 7(a); 7(b); 7(c); 7(e); 7(f); 7(g); 7(h);

25         7(i); 7(k); 7(l); 7(m); 8(a); 8(b); 8 c; 8(d); 9, and 10.

26                        AFFIRMATIVE DEFENSES

27  4.     Mukhergee's loans to Sir were made in connection with gambling engaged in by

28         both parties.  There are no promissory notes reflecting the debt.

ANSWER

1    5.    Mukhergee invested no money in Global OEM Solutions.

2    WHEREFORE,

3         Sir prays that the plaintiffs take nothing by their complaint; for the costs of suit

4    herein, and for such other relief as is just.

5                                    MORAN LAW GROUP

6

7    Date: _____         _____

8                                    CATHLEEN COOPER MORAN
                                     Attorney for Raymond Sir

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANSWER