MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700  Fax: (650) 694-4818
Email: ccmoran@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

In Re: RAYMOND SIR,

         Debtor.

_____

AVI MUKHERJEE and KUMAR S. SRIPADAM,

         Plaintiffs,

vs.

RAYMOND SIR,

         Defendant.

_____

Chapter 7

Bankruptcy No. 07-52029 RLE

Adversary No. 07-05147 RLE

Date: August 14, 2008

Time: 10:30 a.m.

Place: 280 S. First St., San Jose, Ca
      Courtroom 3099

HON. ROGER L. EFREMSKY

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

The Moran Law Group, Inc. ("Moran"), moves the court for an order relieving it as counsel for Defendant Raymond Sir.

California Rule of Professional Conduct 3-700(C)(d)(1) provides that an attorney may request permission of the Court to withdraw as counsel of record if the client by other conduct renders it unreasonably difficult for the member to carry out the employment effectively

Defendant in this matter has failed to maintain contact with counsel and has failed

1     to make provision for compensation of counsel. The current situation represents a
2     second occurrence of a failure to communicate and failure to pay which counsel
3     believed to have been constructively resolved. Instead, it has reoccurred.
4     If a reason is given, an attorney should normally be permitted to withdraw unless
5 prejudice to any party would result. <u>Ramirez v. Sturdevant</u>, (1994) 21 Cal. App 4th 904.
6     Accordingly, Moran should be permitted to withdraw as counsel of record.

                                      MORAN LAW GROUP

Date: _____             _____
                                    CATHLEEN COOPER MORAN